IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONNIE BROOKS,

    Plaintiff,

v.                                                                                                            Civ. No. 24-1276 JHR/GBW

JONAH TREVINO, *et al.*,

    Defendants.

### ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL DISCOVERY PROCEEDINGS

THIS MATTER comes before the Court on Defendants Jonah Trevino, Joshua Thomas, T'Mardre [sic] Harris, James Teague, Tiawan [sic] Smith, and the City of Hobbs' Motion to Stay All Discovery Proceedings. *Doc. 25*. Having reviewed the Motion, noting Plaintiff's lack of objection, *id.* at 1, and being otherwise fully informed, the Court finds that the defense of qualified immunity protects against the burdens of both discovery and trial and will GRANT the Motion. *See Stonecipher v. Valles*, 759 F.3d 1134, 1148 (10th Cir. 2014).

IT IS THEREFORE ORDERED that Defendants' Motion to Stay All Discovery Proceedings (*doc. 25*) is GRANTED, and discovery is STAYED pending resolution of Plaintiff's Motion for Partial Summary Judgment and Memorandum in Support (*doc. 6*) and Defendants' Response to Plaintiff's Motion for Partial Summary Judgment and Memorandum in Support and Cross-Motion for Partial Summary Judgment and

Qualified Immunity [Doc. 6] (*doc. 24*).

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE